429 A.2d 94

Commonwealth v. Glenn, Appellant.

Submitted December 6, 1979. Henry J. Lunardi, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

WICKERSHAM, J. filed a memorandum concurring statement.

429 A.2d 95

Commonwealth v. Krystoff, Appellant.

Submitted March 21, 1980. Gregory V. Smith, Assistant Public Defender, for appellant; William S. Kieser, District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.